# United States Bankruptcy Court
## Northern District of California

In re: **David Alan Morgensen**
Debtor(s)

Case No. _____
Chapter **13**

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of **3** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date: 10/22/2015

Signature of Attorney
David A. Boone 74165
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
408-291-6000   Fax: 408-291-6016

American General Financial/Springleaf Fi
Springleaf Financial/Attn: Bankruptcy De
Po Box 2351
Evansville, IN 47731


American Honda Finance
PO Box 168088
Irving, TX 75016


American Honda Finance
PO Box 168088
Irving, TX 75016


Beneficial/HFC
Attn: Bankruptcy
PO Box 5263
Carol Stream, IL 60197


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Central Mortgage Company
801 John Barrow Rd, Suite 1
Little Rock, AR 72205


Chevron Texaco/ Citicorp
Citicorp Credit Svcs/Attn:Centralized Ba
PO Box 790328
Saint Louis, MO 63179


Credit One Bank NA
PO Box 98873
Las Vegas, NV 89193

Credit One Bank NA
PO Box 98873
Las Vegas, NV 89193


EDD - State of California
Bankruptcy Unit - MIC 92E
PO Box 826880
Sacramento, CA 94280


First American Title Company
330 Soquel Avenue
Santa Cruz, CA 95062


Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812


Green Tree Servicing LLC
Attention: T120
7360 South Kyrene Road
Tempe, AZ 85283-4583


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Springbrook Park Mutual Water Company
100 Woodland Drive
Scotts Valley, CA 95066


State Board of Equalization
Attn: Special Procedures Section, MIC 55
P.O. Box 942879
Sacramento, CA 94279-0001

Synchrony Bank/Mervyns
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076


U.S. Attorney General
Civil Trial Sec. Western
PO Box 683 Ben Franklin
Washington, DC 20044


United States Attorney's Office
Attn: Chief Tax Division
450 Golden Gate Ave. 10th
San Francisco, CA 94102


Washtenaw Mtg Co/Central Mortgage Compan
Attention: Bankruptcy
801 John Barrow Rd. Suite 1
Little Rock, AR 72205


Wells Fargo & Company
Office of General Counsel
21680 Gateway Center Drive, Suite 280
Diamond Bar, CA 91765-2435


Wells Fargo Bank, N.A.
PO Box 6148
Rowland Heights, CA 91748